# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　Defendant. | Case No. 1:17-cv-2246 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's February 2, 2018 and March 15, 2018 minute orders, the parties, by and through their counsel, respectfully submit the following joint status report:

1. On March 7, 2018, Defendant U.S. Department of State made an initial production of responsive records to Plaintiff American Oversight.

2. As of the date of this submission, Defendant has fewer than ten records remaining to be reviewed for responsiveness and application of FOIA exemptions.

3. Defendant will complete review of the remaining records, and produce any responsive, non-exempt records, by April 6, 2018.

4. After April 6, 2018, the parties will meet and confer on Defendant's search and any stated exemptions.

5. The parties propose to file a joint status report on May 4, 2018, wherein the parties will propose a briefing schedule, if necessary.

Dated: March 22, 2018                                                          Respectfully submitted,

| | |
|---|---|
| */s/  Cerissa Cafasso* | CHAD A. READLER |
| Cerissa Cafasso | Acting Assistant Attorney General |
| D.C. Bar No. 1011003 | |
| John E. Bies | ELIZABETH J. SHAPIRO |
| D.C. Bar No. 483730 | Deputy Director |
| AMERICAN OVERSIGHT | |
| 1030 15th Street NW, B255 | */s/ Rachael L. Westmoreland* |
| Washington, DC 20005 | RACHAEL L. WESTMORELAND |
| (202) 869-5246 | (GA Bar #539498) |
| cerissa.cafasso@americanoversight.org | Trial Attorney |
| john.bies@americanoversight.org | United States Department of Justice Civil Division, Federal Programs Branch 20 Massachusetts Ave., N.W. |
| *Counsel for Plaintiff* | Washington, DC  20530 |
| | Tel.:  (202) 514-1280 |
| | Fax:  (202) 616-8460 |
| | Email:  rachael.westmoreland@usdoj.gov |
| | *Counsel for Defendant* |